Judge Robert B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, CLARK COUNTY PARCEL #098495-046, ITS BUILDINGS, IMPROVEMENTS, APPURTENANCES, FIXTURES, ATTACHMENTS AND EASEMENTS, PROPERTY OWNER: MARK & ALISON HALLENBECK PROPERTY BUYER: ROBIE TERRELL CARTER <br><br> Defendant. | NO. C08-5325RBL <br><br> ORDER OF DEFAULT |

THIS MATTER having come before the Court on the application of Plaintiff, United States of America, for entry of an order of default, and the Clerk having reviewed the records therein,

IT IS HEREBY ORDERED, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, that default may be entered against Robie Terrell Carter and any

//

//

//

ORDER OF DEFAULT
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | unknown persons or entities who have failed to plead, answer, or otherwise submit a
2 | claim as to the above-captioned defendant property.
3 | DATED this 17th day of September, 2008.

___BRUCE RIFKIN___
UNITED STATES DISTRICT COURT CLERK

By: ___s/Jean Boring___
Deputy Clerk

s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-4665
Fax: (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

ORDER OF DEFAULT
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970