Judge Ronald B. Leighton

1

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8
AT TACOMA

9
UNITED STATES OF AMERICA,

10
NO. C08-5325RBL
Plaintiff,

11

12
v.

13
7316 NE 16TH AVE., #9, VANCOUVER,
WASHINGTON, CLARK COUNTY             EXPEDITED SETTLEMENT
14
PARCEL #098495-046, ITS BUILDINGS,   AGREEMENT FOR CIVIL
IMPROVEMENTS, APPURTENANCES,         FORFEITURE
15
FIXTURES, ATTACHMENTS AND
EASEMENTS, PROPERTY OWNER:
16
MARK & ALISON HALLENBECK
PROPERTY BUYER: ROBIE TERRELL
17
CARTER,

18

19
Defendant.

20

21       IT IS HEREBY STIPULATED by and between plaintiff, the United States of

22  America, by and through Jeffrey C. Sullivan, United States Attorney for the Western

23  District of Washington, and Richard E. Cohen, Assistant United States Attorney for said

24  District, and Claimants, Mark and Alison Hallenbeck, by and through their attorney,

25  Denise Lukins, to compromise and settle this civil forfeiture case according to the

26  following terms:

27  //

28

EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1        1.       The Claimants stipulate to the forfeiture of the defendant property located

2    at 7316 NE 16th Avenue, #9, Vancouver, Washington, to the United States, and to the

3    entry of a Judgment of Forfeiture, forfeiting said property to the United States.

4        2.       The parties hereby stipulate that any violations of Title 21,

5    United States Code, Sections 841(a)(1) and 841(b)(1)(B), involving the defendant real

6    property occurred without the knowledge or the consent of Claimants Mark and Alison

7    Hallenbeck.

8        3.       Plaintiff, United States agrees to recognize the claim of Mark and Alison

9    Hallenbeck to the extent this claim is equivalent to that of a mortgagee or a deed of trust

10   beneficiary due the balance owed on the real estate contract for the defendant property.

11   Upon entry of a Judgment of Forfeiture, the United States will pay Claimants, Mark and

12   Alison Hallenbeck, from the Asset Forfeiture fund, the following:

13       a.       all unpaid principal due to Claimants under the April 15, 2003, real

14   estate contract, attached hereto as Exhibit A, (recorded in the official records of Clark

15   County, Washington Recording No. 3624679), that is, $48,569.84; and all other costs and

16   fees due and owing under the terms of the contract, including:

17            1. Interest--$1,542.35 assessed at seven percent, accrued

18                 through September 21, 2008;

19            2. Attorneys fees--$3,838.00

20            3. Costs--totaling $631.57, including the following:

21                 a. cost of title report--$466.57

22                 b. service/posting of Notice of Intent to forfeit--$45.00

23                 c. copying/Postage--$10.00

24                 d. long distant phone charges--$10.00

25                 e. recording fees--$60.00

26                 f. process server fee to file answer--$40.00

27            4. Daily interest accruing from September 21, 2008, at the rate of

28                 $10.28 per diem, to the date of payment.

EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    4.    The payment to Claimants Mark and Alison Hallenbeck shall be in full

2  settlement and satisfaction of any and all claims by Mark and Alison Hallenbeck to the

3  defendant real property that is the subject of this lawsuit filed by the United States on or

4  about May 22, 2008, and all claims resulting from the incidents or circumstances giving

5  rise to this lawsuit.

6    5.    Upon payment, Claimants Mark and Alison Hallenbeck agree to assign and

7  convey their interest in the property to the United States and to release and hold harmless

8  the United States, the agents, servants, and employees of the United States (or any state

9  or local law enforcement agency assisting in the investigation and litigation of this case)

10  acting in their individual or official capacities, from any and all claims by the Claimants

11  and their agents, heirs or assigns, which currently exist or which may arise as a result of

12  the government's forfeiture action against the defendant real property.

13    6.    As a part of the settlement, Claimants Mark and Alison Hallenbeck, agree

14  not to pursue against the United States any other rights that they may have under the real

15  estate contract, including but not limited to the right to initiate a foreclosure action.

16    7.    Claimants understand and agree that by entering into this expedited

17  settlement of their interests in the defendant property, they waive any rights to further

18  litigate against the United States their interest in the defendant property and to petition for

19  remission or mitigation of the forfeiture.  Unless specifically directed by order of this

20  Court, Mark and Alison Hallenbeck are hereby excused and relieved from further

21  participation in this action.

22    8.    The parties agree to execute further documents, to the extent necessary, to

23  convey clear title to the property to the United States and to further implement the terms

24  of this settlement.

25  //

26  //

27  //

28  //

EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    9. The terms of this settlement agreement are contingent upon forfeiture of the

2 defendant property to the United States and the Court's entry of a Judgment of Forfeiture.

3 Further, the terms of this settlement agreement shall be subject to approval by the United

4 States District Court and any violation of any terms or conditions shall be construed as a

5 violation of an Order of the Court.

6 DATED this 25th day of February, 2009.

7                                                          Respectfully Submitted,

8                                                          JEFFREY C. SULLIVAN
                                                           United States Attorney
9

10                                                         s/Richard E. Cohen_____
                                                           RICHARD E. COHEN
11                                                         Assistant United States Attorney
                                                           United States Attorney's Office
12                                                         700 Stewart Street, Suite 5220
                                                           Seattle, Washington 98101-1271
13                                                         Telephone:   (206) 553-4665
                                                           Fax:         (206) 553-6934
14                                                         Email: Richard.E.Cohen@usdoj.gov

15 DATED this 20th day of February, 2009.

16                                                         s/Denise Lukins_____
17                                                         DENISE LUKINS
                                                           Attorney for Claimants
18                                                         Salmon Creek Law Offices
                                                           1412 NE 134th Street, Suite 130
19                                                         Seattle, Washington 98685
                                                           Telephone:   (360) 576-5322
20                                                         Fax:         (360) 576-5342

21 DATED this 20th day of February, 2009.

22
                                                           s/Mark Hallenbeck_____
23                                                         MARK HALLENBECK
                                                           Claimant
24

25 DATED this 20th day of February, 2009.

26                                                         s/Alison Hallenbeck_____
                                                           ALISON HALLENBECK
27                                                         Claimant

28

# ORDER

The Expedited Settlement Agreement executed and filed in this action by plaintiff United States of America and Claimants Mark and Alison Hallenbeck is hereby APPROVED.

DATED this 2nd day of March, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:


s/Richard E. Cohen_____
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:    (206) 553-4665
Fax:              (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970