| | |
|---|---|
| | Judge Ronald B. Leighton |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, CLARK COUNTY PARCEL #098495-046, ITS BUILDINGS, IMPROVEMENTS, APPURTENANCES, FIXTURES, ATTACHMENTS AND EASEMENTS, PROPERTY OWNER: MARK & ALISON HALLENBECK PROPERTY BUYER: ROBIE TERRELL CARTER,<br><br>          Defendant. | NO. C08-5325RBL<br><br>AMENDED EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Richard E. Cohen, Assistant United States Attorney for said District, and Claimants, Mark and Alison Hallenbeck, by and through their attorney, Denise Lukins, to compromise and settle this civil forfeiture case according to the following terms:

//

AMENDED EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. The Claimants stipulate to the forfeiture of the defendant property located at 7316 NE 16th Avenue, #9, Vancouver, Washington, to the United States, and to the entry of a Judgment of Forfeiture, forfeiting said property to the United States.

2. The parties hereby stipulate that any violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), involving the defendant real property occurred without the knowledge or the consent of Claimants Mark and Alison Hallenbeck.

3. Plaintiff, United States agrees to recognize the claim of Mark and Alison Hallenbeck to the extent this claim is equivalent to that of a mortgagee or a deed of trust beneficiary due the balance owed on the real estate contract for the defendant property. Upon entry of a Judgment of Forfeiture, the United States will pay Claimants, Mark and Alison Hallenbeck, from the Asset Forfeiture fund, the following:

    a. all unpaid principal due to Claimants under the April 15, 2003, real estate contract, attached hereto as Exhibit A, (recorded in the official records of Clark County, Washington Recording No. 3624679), that is, $50,533.91[1]; and all other costs and fees due and owing under the terms of the contract, including:

        1. Interest--$1,542.35 assessed at seven percent, accrued through September 21, 2008;

        2. Attorneys fees--$3,838.00

        3. Costs--totaling $631.57, including the following:

            a. cost of title report--$466.57

            b. service/posting of Notice of Intent to forfeit--$45.00

            c. copying/Postage--$10.00

            d. long distant phone charges--$10.00

            e. recording fees--$60.00

---

[1] An Expedited Settlement Agreement was filed with this Court on February 25, 2009, *See* docket #14. The principal amount in the previous Agreement, $48,569.84, was incorrect. The correct amount of principal due to the Claimants is $50,533.91. *See* amortization schedule, submitted by Claimants, a copy of which is attached hereto.

AMENDED EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

       f. process server fee to file answer--$40.00

    4. Daily interest accruing from September 21, 2008, at the rate of $10.28 per diem, to the date of payment.

  4. The payment to Claimants Mark and Alison Hallenbeck shall be in full settlement and satisfaction of any and all claims by Mark and Alison Hallenbeck to the defendant real property that is the subject of this lawsuit filed by the United States on or about May 22, 2008, and all claims resulting from the incidents or circumstances giving rise to this lawsuit.

  5. Upon payment, Claimants Mark and Alison Hallenbeck agree to assign and convey their interest in the property to the United States and to release and hold harmless the United States, the agents, servants, and employees of the United States (or any state or local law enforcement agency assisting in the investigation and litigation of this case) acting in their individual or official capacities, from any and all claims by the Claimants and their agents, heirs or assigns, which currently exist or which may arise as a result of the government's forfeiture action against the defendant real property.

  6. As a part of the settlement, Claimants Mark and Alison Hallenbeck, agree not to pursue against the United States any other rights that they may have under the real estate contract, including but not limited to the right to initiate a foreclosure action.

  7. Claimants understand and agree that by entering into this expedited settlement of their interests in the defendant property, they waive any rights to further litigate against the United States their interest in the defendant property and to petition for remission or mitigation of the forfeiture. Unless specifically directed by order of this Court, Mark and Alison Hallenbeck are hereby excused and relieved from further participation in this action.

  8. The parties agree to execute further documents, to the extent necessary, to convey clear title to the property to the United States and to further implement the terms of this settlement.

//

AMENDED EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

9. The terms of this settlement agreement are contingent upon forfeiture of the defendant property to the United States and the Court's entry of a Judgment of Forfeiture. Further, the terms of this settlement agreement shall be subject to approval by the United States District Court and any violation of any terms or conditions shall be construed as a violation of an Order of the Court.

DATED this 10th day of March, 2009.

Respectfully Submitted,

JEFFREY C. SULLIVAN
United States Attorney

/s/_____
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-4665
Fax: (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

DATED this 5th day of March, 2009.

s/Denise Lukins
DENISE LUKINS
Attorney for Claimants
Salmon Creek Law Offices
1412 NE 134th Street, Suite 130
Seattle, Washington 98685
Telephone: (360) 576-5322
Fax: (360) 576-5342

DATED this 5th day of March, 2009.

s/Mark Hallenbeck
MARK HALLENBECK
Claimant

DATED this 5th day of March, 2009.

s/Alison Hallenbeck
ALISON HALLENBECK
Claimant

AMENDED EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | ORDER |
| 2 | The Amended Expedited Settlement Agreement executed and filed in this action by |
| 3 | plaintiff United States of America and Claimants Mark and Alison Hallenbeck is hereby |
| 4 | APPROVED. |
| 5 | DATED this 12th day of March, 2009. |

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-4665
Fax: (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

AMENDED EXPEDITED SETTLEMENT AGREEMENT FOR CIVIL FORFEITURE
U.S. v. 7316 NE 16TH AVE., #9, VANCOUVER, WASHINGTON, et al.
C08-5325RBL— 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970